Opinion by HARALSON, J.

---

## Langston & Woodson v. Iron Belt Mercantile Co.

APPEAL from Anniston City Court.
Tried before the Hon. JAMES W. LAPSLEY.

JOHN B. KNOX, for appellant.

BLACKWELL & KEITH, for appellee.

This was an action brought by the appellee, the Iron Belt Mercantile Company against the appellants, Langston & Woodson, to recover property sold by the plaintiff to the defendants. There was judgment for the plaintiff and the defendants appeal.

The judgment is affirmed.

Opinion by TYSON, J.